UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COLIN LEE BASHANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-25-188-G |
| | ) |
| **SUSAN STALLINGS,** | ) |
| **Oklahoma County District Judge, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Plaintiff Colin Lee Bashant, a state inmate appearing pro se, initiated this civil action for mandamus relief on February 12, 2025. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On July 31, 2025, Judge Erwin issued a Report and Recommendation (Doc. No. 13) recommending that this action be dismissed on screening for lack of subject-matter jurisdiction.

In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by August 18, 2025. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 13) in its entirety.  This action is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 8th day of October, 2025.

_____
CHARLES B. GOODWIN
United States District Judge